# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

## MISCELLANEOUS CASE INFORMATION SHEET

| PLAINTIFF: | DEFENDANT: |
|---|---|
|  |  |

**IN THE MATTER OF:**
Application of Bloomfield Investment Resources Corp. for an Order Directing Discovery from Igor Daniloff Pursuant to 28 U.S.C. § 1782

**CAUSE OF ACTION:**
Ex Parte Petition for Assistance in Aid of a Foreign Proceeding Pursuant to 28 U.S.C. § 1782

**RELIEF SOUGHT:**
Order compelling Igor Daniloff to produce discovery for use in a foreign proceeding

| ATTORNEY FOR PLAINTIFF: | ATTORNEY FOR DEFENDANT: |
|---|---|
| C. Neil Gray, Esq.<br>Reed Smith LLP<br>599 Lexington Avenue, 22nd Floor<br>New York, NY 10022<br>T: 212-521-5400 |  |

I am currently a member in good standing of the bar of this Court: ✓ YES  ☐ NO

Signature of Attorney of Record: *C. Neil Gray*   Date: 03/08/2018