# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Application of Bloomfield Investment Resources Corp. for an Order Directing Discovery from Igor Daniloff Pursuant to 28 U.S.C. § 1782 | Civil Case No. 1:18-mc-742<br><br>**RULE 7.1 DISCLOSURE STATEMENT OF BLOOMFIELD INVESTMENT RESOURCES CORP.** |

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1.1 of the Local Rules for the United States District Courts for the Southern and Eastern Districts of New York, Petitioner Bloomfield Investment Resources Corp., by and through its undersigned counsel, states that it is a wholly owned subsidiary of Brookpoint Enterprises Ltd., a non-public entity. No publicly held corporation owns 10% or more of Bloomfield Investment Resources Corp.

Dated: March 8, 2018
      New York, New York

                              REED SMITH LLP

                              By: /s/ C. Neil Gray_____
                                   Steven Cooper
                                   C. Neil Gray
                                   Ian Turetsky
                              599 Lexington Avenue
                              New York, New York 10022
                              Tel: (212) 521-5400
                              Fax: (212) 521-5450
                              scooper@reedsmith.com
                              cgray@reedsmith.com
                              ituretsky@reedsmith.com

                              *Attorneys for Petitioner*
                              *Bloomfield Investment Resources Corp*