# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Application of Bloomfield Investment Resources Corp. for an Order Directing Discovery from Igor Daniloff Pursuant to 28 U.S.C. § 1782 | **Civil Case No. 1:18-MC-00742** <br><br> **NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Ian Turetsky of Reed Smith LLP hereby appears in the above-referenced action on behalf of Petitioner Bloomfield Investment Resources Corp. and requests copies of all pleadings and other documents electronically or otherwise filed herein.

Dated: March 13, 2018
       New York, New York

                          **REED SMITH LLP**

                          /s/ *Ian M. Turetsky*
                       Steven Cooper
                       C. Neil Gray
                       Ian M. Turetsky (Bar No. IT5761)
                      599 Lexington Avenue
                      New York, New York 10022
                      Tel: 212-521-5400
                      Fax: 212-521-5450
                      Email: ituretsky@reedsmith.com

                      *Attorneys for Petitioner Bloomfield Investment Resources Corp.*