UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Application of Bloomfield Investment Resources Corp. for an Order Directing Discovery from Igor Daniloff Pursuant to 28 U.S.C. § 1782 | Civil Case No. 1:18-mc-00742-RRM-SJB<br><br>ORDER |

Upon consideration of the petition for assistance in aid of a foreign proceeding pursuant to 28 U.S.C. § 1782 (the "Petition") submitted by Petitioner Bloomfield Investment Resources Corp., and all papers submitted in support thereof, this Court finds that (1) the statutory requirements of 28 U.S.C. § 1782 are satisfied, and (2) the factors identified by the United States Supreme Court in *Intel Corp. v. Advanced Micro Devices, Inc.*, 542 U.S. 241 (2004), weigh in favor of granting Petitioner's petition. It is therefore:

**ORDERED** that the Petition is granted, and that Petitioner is hereby authorized to serve this Order, all papers submitted herewith, and the subpoenas annexed to the Petition as Appendix A upon Igor Daniloff ("Respondent"); and it is further

**ORDERED** that the Respondent comply with such subpoenas in accordance with, and subject to their rights under, the Federal Rules of Civil Procedure and the Rules of this Court; and it is further

**ORDERED** that this Court will retain jurisdiction over this matter for further proceedings as may be necessary to effect and enforce this Order.

**SO ORDERED.**

Date: _March 16_____, 2018

_____
The Honorable Sanket J. Bulsara, U.S.M.J.